

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| VIBRA REHABILITATION HOSPITAL OF EL PASO, LLC d/b/a HIGHLANDS REHABILITATION HOSPITAL, SABRA TEXAS HOLDINGS, L.P., and DIANA SCHULTZ, | § | No. 08-23-00137-CV |
| | § | Appeal from the |
| | § | 120th Judicial District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2022DCV2999) |
| RAMIRO ILLARRAMENDI, JR., | § | |
| Appellee. | § | |
| | § | |

## J U D G M E N T

We withdraw our judgment of May 17, 2024, and substitute the following judgment in its place.

The Court has considered this cause on the record and concludes the trial court's order should be affirmed in part and reversed and remanded in part. The order of the trial court denying the motion to compel arbitration in regard to Sabra Texas Holdings, L.P. is affirmed. The portion of the trial court's order denying the motion to compel arbitration in regard to Highlands Rehabilitation Hospital and Diana Schultz is reversed and remanded to the trial court for further proceedings consistent with the opinion of this Court.

We further order that Highlands Rehabilitation Hospital and Diana Schultz recover from Ramiro Illarramendi, Jr. one-half of the costs of appeal, for which let execution issue. *See* Tex. R. App. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 13TH DAY OF DECEMBER 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox, J., concurring and dissenting in part